hancement to the base offense level. There was sufficient evidence to find that Esteban exerted the requisite control by directing a co-conspirator to pick up Zulueta at the airport. There was also sufficient evidence to find that at least five people were involved in the conspiracy to import methamphetamine and in the January attempt to import methamphetamine. *See* U.S.S.G. § 3B1.1 (2000). The district court reasonably determined from these facts that Esteban's combined offense behavior, taken as a whole, justified a leadership enhancement. *See United States v. Cueto,* 9 F.3d 1438, 1441 (9th Cir.1993).

AFFIRMED.

v.

**GENERAL MOTORS CORPORATION, a public corporation; General Motors Hourly Rate Employees Pension Trust, a Trust, Defendants—Appellees.**

No. 00–17053.

D.C. No. CV–98–04913–MJJ.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2001.[*]

Decided Jan. 8, 2002.

Before BRUNETTI, KLEINFELD, and THOMAS, Circuit Judges.

MEMORANDUM [**]

We affirm for the reasons stated by the district judge.

AFFIRMED.

**Richard MONIZ; Felix Gonzales; Javier Camarillo; Steven Coe; Joseph L. Collins; Michael Duarte; Robert Dye; Eliseo Gonzalez; James Jones; Berancia Juarez; Charles Laswell; David Manley; Nelson Muniz; Peter Perea; Ramon Ramirez; Daniel Renteria; Edward Rose; Robert Sanchez; Guillermo O. Soto; Raul Trevino; Richard Vogel; Royce Walker, Plaintiffs—Appellants,**

**Manuel GRAYS, Plaintiff—Appellee,**

v.

**L. ANSELMI, Defendant—Appellant.**

No. 00–17234.

D.C. No. CV–98–02009–DFL.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2001.[*]

[*] The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

[*] The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).